UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LADISLAV NAVRATIL,

Plaintiff,

v.

FREMONT REORGANIZING
CORPORATION F/K/A FREMONT
INVESTMENT & LOAN, et al.,

Defendants.

Civil Action No. 1:13-cv-12785

## STIPULATION OF DISMISSAL

THE PARTIES, Plaintiff Ladislav Navratil, and Defendants Litton Loan Servicing, LP ("Litton"), Ocwen Financial Corporation ("Ocwen Financial"), Ocwen Loan Servicing, LLC ("Ocwen"), HSBC Bank USA, National Association, as Trustee for Fremont Home Loan Trust 2006-E Mortgage Backed Certificates, Series 2006-E ("HSBC as Trustee"), U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation Mortgage Loan Trust Mortgage Pass-Through Certificates Series 2006-BC2 ("U.S. Bank as Trustee"), and The Goldman Sachs Group, Inc. ("GS Group") (collectively, "Defendants"), hereby stipulate that this matter shall be and HEREBY IS dismissed with prejudice, each party to bear his or its own costs and expenses, including attorneys fees, and each party waives all rights of appeal.

Respectfully submitted,
LADISLAV NAVRATIL
By his attorney,

/s/ E. Douglas Sederholm
E. Douglas Sederholm (BBO #636191)
Miller Sederholm Law Office
P.O. Box 2356
Edgartown, MA 02539

1

Date: April 2, 2014

AND

Phone: (508) 627-3719
Fax: (508) 627-3781
eds@millersederholmlaw.com

Respectfully submitted,
DEFENDANTS, LITTON LOAN SERVICING, LP, OCWEN FINANCIAL CORPORATION, OCWEN LOAN SERVICING, LLC, HSBC BANK USA, N.A., AS TRUSTEE FOR FREMONT HOME LOAN TRUST 2006-E MORTGAGE BACKED CERTIFICATES, SERIES 2006-E, AND U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE OF STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-BC2,
By its attorney,

*/s/ Jessica S. Babine*
Jessica S. Babine, Esq. (BBO #676037)
Houser & Allison, APC
45 School Street, 2nd Floor
Boston, MA 02108
Phone: (617) 371-0922
Fax: (617) 371-0923
jbabine@houser-law.com

Dated: April 2, 2014

AND

Respectfully submitted,
THE GOLDMAN SACHS GROUP, INC.
By its attorneys,

*/s/ Ryan M. Tosi*
Ryan M. Tosi (BBO# 661080)
ryan.tosi@klgates.com
Lindsay S. Bishop (BBO# 670251)
lindsay.bishop@klgates.com
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Phone: (617) 261-3100
Fax: (617) 261-3175

Dated: April 2, 2014

## CERTIFICATE OF SERVICE

    I, E. Douglas Sederholm, hereby certify that this document, Stipulation of Dismissal, filed through the ECF system on April 2, 2014, will be sent electronically to the registered participants as indentified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those, if any, indicated as non-registered participants..

                                              /s/ E. Douglas Sederholm
                                              E. Douglas Sederholm